IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | CRIMINAL ACTION NO. 21-91-1 |
| : | |
| GABRIEL RIVERA-OTERO : | |

## **ORDER**

**AND NOW**, this 29th day of March 2023, upon consideration of Defendant's Motion to Suppress (Docket No. 48), all documents filed in connection therewith, and the Hearing held on January 25, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.